

**W E I T Z**
**&**
**L U X E N B E R G**

A   P R O F E S S I O N A L   C O R P O R A T I O N

L A W   O F F I C E S

700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500       FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

| | | | |
|---|---|---|---|
| PHAN T. ALVARADO | SARAH J. FETHERSTON | JAMES A. MORRIS JR. ••◊† | JONATHAN M. SEDGH |
| BENNO ASHRAFI ‡ | ARI FREDERICK ‡ | KEVIN MULDERIG ‡ | KYLE A. SHAMBERG ◊ |
| DAVID J. BARRY | MARY GRAB BH-GAFFNEY ¶ | DANA M. NORTHCRAFT †† | SHELDON SILVER* |
| JAMES J. BILSBORROW | ALANI GOLANSKI † | TODD OMMEN | ROBERT M. SILVERMAN ¶ |
| DANIEL P. BLOUIN | LAWRENCE GOLDHIRSCH ••◊ | FRANK M. ORTZ †† | DONALD SOUTAR ¶ |
| AMBRE J. BRANDIS | ROBIN L. GREENWALD •§§ | JOSIAH W. PARKER ‡ | TYLER R. STOCK ‡ |
| EDWARD BRANIFF †† | CARLOS GUZMAN ‡ | MICHAEL E. PEDERSON | PETER TAMBINI †† |
| JOHN M. BROADDUS E | T. SCOTT HAMES ‡ | PAUL J. PENNOCK | JAMES S. THOMPSON †† |
| VENUS BURNS ‡ | ERIKA HEYDER | STUART S. PERRY • | WILLIAM A. WALSH †† |
| PATTI BURSHTYN †† | DANIEL HORNER | LEE W PREVIANT §§ | DANIEL WASSERBERG ◊ |
| LISA NATHANSON BUSCH | MARIE L. IANNIELLO † ° | CAITLIN PRZENICZNY ‡ | JUSTIN J. WEITZ |
| DAVID A. CHANDLER | ERIK JACOBS | SHAREEF RABAK ● | NEIDRA S. WILSON •• |
| THOMAS COMERFORD †† § | DAVID M. KAUFMAN ••† | ADAM C. RAFFO | NICHOLAS WISE ◊◊ |
| ADAM R. COOPER | TAE-YOON KIM ‡ | SUZANNE M. RATCLIFFE †† | DENA YOUNG ¶ |
| TERESA A. CURTIN ¶¶ | GARY R. KLEIN ††◊ | ELLEN RELKIN ◊◊ EE | BRENT ZADOROZNY ‡ |
| BENJAMIN DARCHE | DANNY R. KRAFT, JR | JOHN E. RICHMOND †† | ALLAN ZELKOVIC |
| TIA T. DINH ••† | JERRY KRISTAL ••§ | MICHAEL P. ROBERTS | GLENN ZUCKERMAN |
| ADAM S. DREKSLER | DEBBI LANDAU | CHRIS ROMANELLI †† | |
| F. ALEXANDER EIDEN ‡ | LEAH LEWIS‡ | DAVID ROSENBAND | |
| MICHAEL FANELLI †† | MATTHEW MACINTYRE | PETER SAMBERG †† | |
| LEONARD F. FELDMAN ¶ | CURT D. MARSHALL ‡ | LEONARD SANDOVAL ‡ | |
| CHARLES M. FERGUSON | SAMUEL M. MEIROWITZ | CINDY YOUNG SAXEY ‡ | |

*Of Counsel*
‡ Also admitted in CT
• Also admitted in FL
§§ Admitted only in IL
†† Also admitted in NJ
‡ Also admitted in DC
◊ Also admitted in OH
* Also admitted in NJ and CT
° Also admitted in NJ and PA
♦ Also admitted in NJ and DC
¶¶ Also admitted in NJ & NE
◊ Also admitted in DC and VA
• Also admitted in CO
♦ Also admitted in TX
¶ Admitted only in CA
¶ Admitted only in NJ and PA
◊ Admitted only in NJ
E Admitted only in DC, MD, PA and VA
EE Certified Atty, NJ Supreme Court
† Also admitted in PA

February 7, 2014

Hon. Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 10 2014

Re:   SDNY 1:12-cv-08515 (KBF)
      PAUL NIEDERT and EDITH NIEDERT v. A.O. SMITH WATER PRODUCTS Co.,et al.

Judge Forrest:

Pursuant to your Honor's directive of February 3, 2014, please allow this letter to update the Court on the defendants who remain active in the Niedert case. The remaining defendants are as follows:

- Trane U.S. Inc., f/k/a American Standard Inc.
- Aurora Pump Company
- Bell and Gossett Company
- Blackmer
- Burnham, LLC
- Consolidated Edison Company of NY, Inc.
- Crane Co. (for Cranite only)
- Georgia Pacific
- Goodyear Tire and Rubber Company and Goodyear Canada

200 LAKE DRIVE EAST, SUITE 205 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921


2179-123

- Goulds Pumps, Inc.
- Ingersoll Rand
- Keeler-Dorr-Oliver Boiler Co.
- Owens Illinois

With respect to any and all additional defendants whose termination from this case is not reflected on the docket, plaintiffs shall file stipulations of dismissal as to those entities as soon as practicable.

Respectfully Submitted,

Benjamin Darche

cc:  All Remaining Defendants

*Order*

1. No defendant has timely moved for summary judgment.

2. This matter shall proceed to trial on April 3, 2014 as scheduled.

3. A status conference is scheduled for 2/21/14 at 2PM.

2/10/14    ← B. For
           USDJ